# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CASONDRA REAGAN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-01588-MHH-NAD |
| WARDEN KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Casondra Reagan filed an amended *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 4).  On April 5, 2024, the magistrate judge, noting that Ms. Reagan appeared to have been released from custody, ordered the parties to show cause why the Court should not dismiss the petition as moot.  (Doc. 16).  On April 16, 2024, the government responded and confirmed that Ms. Reagan has been released.  (Doc. 17).

On April 30, 2024, the magistrate judge entered a report in which he recommended that the Court dismiss this petition for habeas relief as moot because Ms. Reagan had been released from custody.  (Doc. 19).  The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days.  (Doc. 19 at 4-5).  The Court has not received objections.

Having reviewed the materials in the Court's electronic docket, including the report and recommendation, the Court adopts the magistrate judge's findings and accepts his recommendation. By separate order, the Court will dismiss this action as moot.

**DONE** and **ORDERED** this May 22, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE